**NOT FOR PUBLICATION**

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

---

UNITED STATES OF AMERICA,

        Plaintiff - Appellee,

v.

JULIO OMAR ROCHA-MIRANDA,
a.k.a. Julio O. Rocha Miranda,

        Defendant - Appellant.

Nos. 14-10083
      14-10084

D.C. No. 4:13-cr-01315-RCC
        4:10-cr-02852-RCC

MEMORANDUM[*]

---

Appeal from the United States District Court
for the District of Arizona
Kimberly A. Moore, Circuit Judge, Presiding[**]

Submitted May 13, 2015[***]

Before:    LEAVY, CALLAHAN, and M. SMITH, Circuit Judges.

In these consolidated appeals, Julio Omar Rocha-Miranda appeals his guilty-

plea conviction and 21-month sentence for reentry after deportation, in violation of

---

[*]      This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36-3.

[**]     The Honorable Kimberly A. Moore, United States Circuit Judge for the Federal Circuit, sitting by designation. *See* Fed. R. App. P. 34(a)(2).

[***]    The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R. App. P. 34(a)(2).

8 U.S.C. § 1326; and the revocation of supervised release and 9-month consecutive sentence imposed upon revocation. Pursuant to *Anders v. California*, 386 U.S. 738 (1967), Rocha-Miranda's counsel has filed a brief stating that there are no grounds for relief, along with a motion to withdraw as counsel of record. We have provided Rocha-Miranda the opportunity to file a pro se supplemental brief. No pro se supplemental brief or answering brief has been filed.

Our independent review of the record pursuant to *Penson v. Ohio*, 488 U.S. 75, 80 (1988), discloses no arguable grounds for relief on direct appeal.

Counsel's motion to withdraw is **GRANTED.**

**AFFIRMED.**